UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DANIEL C. RAMSEY, | Case No.: 3:23-cv-1920-JAH-DDL |
|---|---|
| Plaintiff, | **ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| N. THOMPSON, | |
| Defendant. | **[ECF Nos. 48, 80, 85, 86]** |

Before the Court is a Report and Recommendation ("Report") submitted by the Honorable David D. Leshner, United States Magistrate Judge, recommending that Defendant N. THOMPSON's ("Defendant") Motion for Partial Dismissal of Plaintiff DANIEL C. RAMSEY's ("Plaintiff") Second Amended Complaint (ECF No. 48, "Motion") be granted. ECF No. 80. Plaintiff filed an objection to the Report (ECF No. 85) and Defendant replied (ECF No. 86). After a thorough review of the Report, and good cause appearing, the Court **ADOPTS** Judge Leshner's Report and **GRANTS** Defendant's Motion. Plaintiff's Fourteenth Amendment procedural due process claim is **DISMISSED WITHOUT LEAVE TO AMEND**. Plaintiff's Eighth Amendment claim remains.

**IT IS SO ORDERED.**

Dated: March 27, 2026

_____
Hon. John A. Houston
United States District Judge

1